**Order entered July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00691-CV

### THE UNIVERSITY OF ALABAMA, Appellant

### V.

### THE SUDER FOUNDATION, Appellee

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-08295**

## ORDER

Before the Court is appellant's July 8, 2016 unopposed motion to extend time to file appellant's brief. Because appellant's brief was filed July 12, 2016, appellant's motion is **DENIED** as moot.

/s/    CRAIG STODDART
        JUSTICE